

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE B. HOPKINS,<br><br>Defendant.<br>_____/ | Case: 2:24-cr-20026<br>Assigned To : Cox, Sean F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 1/11/2024<br>Description: INDI USA V. HOPKINS (NA)<br><br>Violations:<br>18 U.S.C. §§ 1951(a)<br>18 U.S.C. §§ 924(c) |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

*(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)*

On or about July 19, 2023, in the Eastern District of Michigan, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of the Kroger located at 1771 E. Michigan Avenue, Ypsilanti, Michigan, in that the defendant, WILLIE B. HOPKINS, unlawfully took U.S. currency from the Kroger from the presence of V-1, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, by, among other things, brandishing a firearm, in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

*(18 U.S.C. §§ 924(c)(1)(A)(ii) – Using a Firearm During and in Relation to a Crime of Violence)*

On or about July 19, 2023, in the Eastern District of Michigan, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semiautomatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). It is further alleged that the firearm was brandished.

## COUNT THREE

*(18 U.S.C. §§ 1951(a) – Interference with Commerce by Robbery)*

On or about July 29, 2023, in the Eastern District of Michigan, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of the BP Gas Station located at 3031 Washtenaw Avenue, Ann Arbor, Michigan, in that the defendant, WILLIE B. HOPKINS, unlawfully took U.S. currency from the BP Gas Station from the presence of V-2, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, by, among other things, brandishing a firearm, in violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

*(18 U.S.C. §§ 924(c)(1)(A)(ii) – Using a Firearm During and in Relation to a Crime of Violence)*

On or about July 29, 2023, in the Eastern District of Michigan, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semiautomatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Three, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). It is further alleged that the firearm was brandished.

## COUNT FIVE

*(18 U.S.C. § 1951(a) – Interference with Commerce by Robbery)*

On or about August 8, 2023, in the Eastern District of Michigan, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of the Mobil Gas Station located at 4005 Washtenaw Avenue, Ann Arbor, Michigan, in that the defendant, WILLIE B. HOPKINS, unlawfully took U.S. currency from the Mobil Gas Station from the presence of V-3, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, by, among other things, brandishing a firearm, in violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX

*(18 U.S.C. §§ 924(c)(1)(A)(ii) – Using a Firearm During and in Relation to a Crime of Violence)*

On or about August 8, 2023, in the Eastern District of Michigan, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semi-automatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Five, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). It is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), Title 18, United States Code, Section 981(a)(1)(C), and 28 United States Code, Section 2461, the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, of the violations set forth in this Indictment.

Upon conviction of the offenses charged in Count Two, Count Four, or Count Six of this Indictment, WILLIE B. HOPKINS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm, or ammunition involved in said offense.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of:

a. Cannot be located upon the exercise of due diligence;
b. Has been transferred or sold to, or deposited with, a third party;
c. Has been placed beyond the jurisdiction of the Court;
d. Has been substantially diminished in value; or
e. Has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Hank Moon*
HANK MOON
Acting Chief, General Crimes Unit

*s/ Myra F. Din*
MYRA F. DIN
Assistant United States Attorney

Dated: January 11, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:24-cr-20026<br>Assigned To : Cox, Sean F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 1/11/2024<br>Description: INDI USA V. HOPKINS (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _MD_ |

**Case Title:** USA v. Willie Hopkins

**County where offense occurred :** Washtenaw

**Check One:**    ☒ Felony       ☐ Misdemeanor       ☐ Petty

    ____Indictment/____Information --- no prior complaint.
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 23-30049    ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 11, 2024
    Date

_/s/ Myra Din_
Myra F. Din
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9653
Fax:   313-226-2372
E-Mail address: myra.din@usdoj.gov
Attorney Bar #: NY5561345

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.