United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

No. 24-cr-20026

v.

Hon. Sean F. Cox

Willie B. Hopkins,

    Defendant,

---

**JOINT STIPULATION SEEKING TO CONTINUE MOTION CUTOFF DATE, FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES AND TO FIND EXCLUDABLE DELAY**

---

The United States of America and the defendant, Willie B. Hopkins, by and through their respective counsel (collectively, the "parties"), hereby stipulate to continue the motion cut-off date until November 12, 2024, the final pretrial conference date until December 11, 2024, and the jury trial date to January 14, 2025.

The parties further stipulate, and jointly move for the Court to find that the period of time from the previous trial date of August 13, 2024 through January 14, 2025 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for the continuance and finding of excludable delay are as follows:

- Discovery is voluminous;

- Defendant's previous counsel, Matt Savich, filed a motion to withdraw from the case on May 5, 2024 (ECF No. 24);

- This Court granted that motion on June 12, 2024 (ECF No. 26);

- Defendant's new counsel, Mark Magidson, filed a notice of appearance on the case on June 17, 2024 (ECF No. 28);

- The parties had their first status conference since new counsel was appointed on July 10, 2024 and defense counsel made his request for an adjournment on the record with which the government agreed;

- Defense counsel needs time to review the discovery and engage in any potential motion practice that the case requires;

- Defense counsel and counsel for the government have not yet begun plea negotiations and require additional time to assess the resolution for this case;

- The defendant (detained) is aware of these requests and agrees to them.

Failure to grant this continuance would unreasonably deny counsel for the defendant and the attorney for the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and/or would fail to recognize that it would be unreasonable to expect adequate preparation for the trial before the expiration of the Speedy Trial Act's 70-day clock, see 18 U.S.C. § 3161(h)(7)(B)(ii).

Respectfully submitted,

DAWN ISON
United States Attorney

| *s/ Myra F. Din* | *s/Mark H. Magidson (with consent)* |
|---|---|
| Myra F. Din | Mark H. Magidson |
| Assistant United States Attorney | Attorney for Willie B. Hopkins |
| United States Attorney's Office | One Park Avenue, Suite 1207 |
| 211 W. Fort Street, Suite 2001 | David Whitney Building |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Myar.Din@usdoj.gov | Mmag100@aol.com |
| (313) 226-9100 | 313-963-4311 |

Dated: July 25, 2024

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

No. 24-cr-20026

v.

Hon. Sean F. Cox

Willie B. Hopkins,

    Defendant,

**ORDER ISSUING CONTINUANCE OF TRIAL DATE
AND FINDING EXCLUDABLE DELAY**

The Court has considered the parties' joint stipulation regarding continuing the dates for the final pretrial conference and jury trial and for a finding that the time from the previous trial date of August 13, 2024, through the new trial date of January 14, 2025 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from August 13, 2024, through the new trial date of January 14, 2024 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the ends of justice served

by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the following dates apply:

>**Motion Cutoff Date:** November 12, 2024
>
>**Plea Cut-off/Final Pretrial Conference:** December 11, 2024 at 2:00 p.m.
>
>**Jury Trial:** January 14, 2025 at 8:30 a.m.

**SO ORDERED.**

Dated: July 25, 2024                                  s/Sean F. Cox
                                                      Sean F. Cox
                                                      U. S. District Judge

2