

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

WILLIE B. HOPKINS,

Defendant.

/

Case No: 24-cr-20026

Hon. Sean F. Cox

Violations:
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)

FILED
FEB 26 2025
CLERK'S OFFICE
DETROIT

## FIRST SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about July 12, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that WILLIE B. HOPKINS unlawfully took United States currency from the presence of a store employee of the Speedway gas station in Ypsilanti Township, Michigan, against his will by means of actual and threatened force, and violence, and fear of injury, immediate and future, to his person; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about July 12, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semiautomatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A). It is further alleged that the firearm was brandished.

## COUNT THREE
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about July 19, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that WILLIE B. HOPKINS unlawfully took United States currency from the presence of a store employee of the Kroger grocery store in Ypsilanti, Michigan, against his will by means of actual and threatened force, and violence, and fear of injury, immediate and future, to his person; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR
### 18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about July 19, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semiautomatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Three, in violation of Title 18, United States Code, Section 924(c)(1)(A). It is further alleged that the firearm was brandished.

## COUNT FIVE
### 18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about July 29, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that WILLIE B. HOPKINS unlawfully took United States currency from the presence of a store employee of the BP gas station in Ann Arbor, Michigan, against his will by means of actual and threatened force, and violence, and fear of injury, immediate and future, to his person; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX
18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about July 29, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semiautomatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Five, in violation of Title 18, United States Code, Section 924(c)(1)(A). It is further alleged that the firearm was brandished.

## COUNT SEVEN
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about August 1, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that WILLIE B. HOPKINS unlawfully took United States currency from the presence of a store employee of the Shell gas station in Ann Arbor, Michigan, against his will by means of actual and threatened force, and violence, and fear of injury, immediate and future, to his person; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT
18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about August 1, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semi-automatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Seven, in violation of Title 18, United States Code, Section 924(c)(1)(A). It is further alleged that the firearm was brandished.

## COUNT NINE
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about August 3, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that WILLIE B. HOPKINS unlawfully took United States currency from the presence of store employees of the BP gas station in Dundee, Michigan, against their will by means of actual and threatened force, and violence, and fear of injury, immediate and future, to their persons; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT TEN
18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about August 3, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semi-automatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Nine, in violation of Title 18, United States Code, Section 924(c)(1)(A). It is further alleged that the firearm was brandished.

## COUNT ELEVEN
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about August 8, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that WILLIE B. HOPKINS unlawfully took United States currency from the presence of a store employee of the Mobil gas station in Ann Arbor, Michigan, against his will by means of actual and threatened force, and violence, and fear of injury, immediate and future, to his person; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWELVE
### 18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about August 8, 2023, in the Eastern District of Michigan, Southern Division, the defendant, WILLIE B. HOPKINS, knowingly used and carried a firearm, that is, one black semi-automatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Eleven, in violation of Title 18, United States Code, Section 924(c)(1)(A). It is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), Title 18, United States Code, Section 981(a)(1)(C), and 28 United States Code, Section 2461, the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, of the violations set forth in this Indictment.

Upon conviction of the offenses charged in Count Two, Count Four, Count Six, Count Eight, Count Ten, or Count Twelve of this Indictment, WILLIE B. HOPKINS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm, or ammunition involved in said offenses.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney


*s/ Sara D. Woodward*
Sara D. Woodward
Chief, General Crimes Unit


*s/ Sarah Alsaden*
Sarah Alsaden
Assistant United States Attorney


*s/ Michael Taylor*
Michael Taylor
Assistant United States Attorney

Dated: February 26, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: SA |

**Case Title:** USA v. Willie Hopkins

**County where offense occurred:** Washtenaw

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____ ]
__✓__Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 24-20026     **Judge:** Sean F. Cox

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Willie Hopkins | 18 U.S.C. § 1951(a)<br>18 U.S.C. § 924(c)(1)(A) | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 26, 2025
Date

Sarah Alsaden
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9146
Fax:    313-226-2372
E-Mail address: Sarah.Alsaden@usdoj.gov
Attorney Bar #: P86185

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16