UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

WILLIE B. HOPKINS,

    Defendant.
_____/

Case No. 24-cr-20026

Hon. Sean F. Cox

### JOINT STIPULATION SEEKING TO CONTINUE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES AND TO FIND EXCLUDABLE DELAY

    The United States of America and the defendant, Willie B. Hopkins stipulate to continue the final pretrial conference date until June 11, 2025, and the jury trial date to October 7, 2025.

    The parties further stipulate, and jointly move for the Court to find that the period of time from the previous trial date of March 13, 2025, through October 7, 2025 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for the continuance and finding of excludable delay are as follows:

- On January 16, 2025, the Court denied Defendant's motions to suppress statements and evidence and continued the case to trial as currently scheduled for March 13, 2025.
- Defense counsel determined, in light of the evidence the Government intends to admit at trial, that consultation with experts in DNA and cellular location information is necessary for the effective preparation for the defense at trial. Counsel needs additional time to consult these experts and sought a joint motion to adjourn, which was submitted by the parties on February 20, 2025.
- On February 21, 2025, the Government filed its notice of intent to admit other acts evidence under FRE 404(b), which includes evidence pertaining to eight then-uncharged robberies. Defense counsel needs additional time to evaluate the Government's proffered evidence and adequately prepare for trial or to seek exclusion.
- On February 26, 2025, a grand jury returned the First Superseding Indictment, which included six additional robbery and firearm charges against the defendant. Defense counsel needs

- additional time to assess the additional alleged offenses and to adequately prepare for trial.
- The parties have conferred regarding resolution in this matter, and defense counsel needs additional time to consult with the defendant regarding resolution or to otherwise prepare for trial.
- The defendant supports defense counsel's request for adjournment and agrees that the requested delay is necessary for the effective preparation of his defense.
- On February 27, 2025, at the hearing on the parties' joint motion to adjourn trial, the Court provided the parties the opportunity to further explain their justification in support of granting the motion to adjourn dates. The Court verified through voir dire of the defendant that he understands his right to a speedy trial, desires and consents to the adjournment of his trial to ensure the effective preparation of his defense, and that the defendant waives any objection under the speedy trial act to the granting of his requested delay.

- The parties agree that adjourning the trial date to October 7, 2025, provides sufficient time for effective preparation and agree not to seek additional delays in the trial schedule.

For the forgoing reasons, as well as those provided by the parties on the record on February 27, 2025, the parties submit that failure to grant this continuance would unreasonably deny counsel for the defendant and the attorney for the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence, *see* 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

*s/ Michael Taylor*
Michael Taylor
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Michael.Taylor3@usdoj.gov
(313) 226-9516

*s/Mark H. Magidson (with consent)*
Mark H. Magidson
Attorney for Willie B. Hopkins
One Park Avenue, Suite 1207
David Whitney Building
Detroit, MI 48226
Mmag100@aol.com
313-963-4311

Dated: February 27, 2025

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Case No. 24-cr-20026

v.

                Hon. Sean F. Cox

WILLIE B. HOPKINS,

  Defendant.
_____/

## ORDER ISSUING CONTINUANCE OF TRIAL DATE AND FINDING EXCLUDABLE DELAY

The Court has considered the parties' joint stipulation and argument on the record in support of continuing the dates for the final pretrial conference and jury trial in this matter and for a finding that the time from the previous trial date of March 13, 2025, through the new trial date of October 7, 2025, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For the reasons described in the parties' submission, and those provided on the record in open court at the conference held on February 27, 2025, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the

defendant in a speedy trial and that the time from March 13, 2025, through the new trial date of October 7, 2025, qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court also finds based on the parties' submissions and argument that such delay provides sufficient time for the effective preparation of trial and the parties will not request, nor will the Court entertain, additional delays beyond the trial date listed in this Order.

IT IS THEREFORE ORDERED that the following dates apply:

**Final Pretrial Conference:** June 11, 2025, at 3:00 p.m.

**Jury Trial:** October 7, 2025, at 8:30 a.m.

**SO ORDERED.**

March 4, 2025

s/Sean F. Cox
Sean F. Cox
U. S. District Judge